


All In To Win

May 18, 2023

<u>VIA ELECTRONIC FILING</u>
Deputy Clerk B. Xiong
U.S. District Court Eastern District
Office of the Clerk
362 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

  Re: Delaney v. Beth, et al.
    Case No. 2:20-cv-01519

Dear Deputy Clerk Xiong:

Pursuant to Dkt. 67, this letter is to advise the court that plaintiff has no objections to any of the costs from defendants, City of Kenosha and Daniel Miskinis. (Dkt. 66)

Thank you.

Very Truly Yours,

**GINGRAS, THOMSEN & WACHS, LLP**

Mark L. Thomsen
Direct Dial: (414) 935-5482
Direct Fax: (414) 763-6413
Email: mthomsen@gtwlawyers.com
MLT/rek

Eau Claire
101 Putnam Street, P.O. Box 390
Eau Claire, WI 54703
Phone: (715) 839-9500
Fax: (715) 839-9514

Madison
8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874

Milwaukee
219 N Milwaukee Street, Ste. 520
Milwaukee, WI 53202
Phone: (414) 837-4167
Fax: (414) 763-6413

Waukesha
741 N Grand Avenue, Ste. 209
Waukesha, WI 53188
Phone: (414) 837-4167
Fax: (414) 763-6413