UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RANDALL DELANEY,

    Plaintiff,

  v.                                                       Civil Action No. 2:20-cv-01519

DAVID BETH, KENOSHA COUNTY, JOHN
DOES ONE THROUGH FIVE, JOHN DOES
SIX THROUGH TEN, DANIEL MISKINIS,
CITY OF KENOSHA, JOHN DOES ELEVEN
THROUGH FIFTEEN, JOHN DOES SIXTEEN
THROUGH TWENTY,

    Defendants.

## STIPULATION TO REOPEN CASE AND VACATE COSTS TAXED

IT IS HEREBY STIPULATED by and between the parties that the case be reopened and the Costs Taxed (Dkt. 70 and 71) be vacated and that the Court may subsequently dismiss the above-captioned matter, on its merits, with prejudice, and without costs to any party and ending any further proceedings.

Dated: June 6, 2023

**GINGRAS, THOMSEN & WACHS, LLP**
Attorneys for Plaintiff Randall Delaney

s/ Mark L. Thomsen
Mark L. Thomsen, State Bar No. 1018839
219 N. Milwaukee St., Suite 520
Milwaukee, WI 53202
Phone: 414-935-5482
Fax:    414-763-6413
mthomsen@gtwlawyers.com

Dated: June 6, 2023                     **DEAN HEALTH PLAN, INC.**
                                        Attorney for Dean Health Plan, Inc.

                                        s/ Shannon A. Conlin
                                        Shannon A. Conlin, State Bar No. 1089101
                                        Dean Health Plan, Inc.
                                        P.O. Box 56099
                                        Madison, WI 53705
                                        (608) 828-7591
                                        Shannon.Conlin1@deancare.com

Dated: June 6, 2023                     **CRIVELLO CARLSON, S.C.**
                                        Attorneys for Defendants Kenosha County
                                        and David Beth

                                        s/ Samuel C. Hall, Jr.
                                        Samuel C. Hall, Jr., State Bar No. 1045476
                                        Sara C. Mills, State Bar No. 1029450
                                        710 N. Plankinton Avenue, Suite 500
                                        Milwaukee, WI 53203
                                        Phone: 414-271-7722
                                        Fax:  414-271-4438
                                        shall@crivellocarlson.com
                                        smills@crivellocarlson.com

Dated: June 6, 2023                     **ALIA, DUMEZ & MCTERNAN, S.C.**
                                        Attorneys for Defendants Daniel Miskinis
                                        City of Kenosha, John Does 11-15 and 16-20

                                        s/ Gino M. Alia
                                        Gino M. Alia, State Bar No. 1020836
                                        Matthew J. Richer, State Bar No. 1097557
                                        6633 Green Bay Road
                                        Kenosha, WI 53142
                                        Phone: 262-654-8700
                                        Fax: 262-654-8600
                                        gma@addmlaw.com
                                        mjr@addmlaw.com